Janet G. Burhyte, Esq.
Robert J. Feldman, Esq.
GROSS SHUMAN P.C.
465 Main Street, Suite 600
Buffalo, New York 14203
Tel: (716) 854-4300
Fax: (716) 854-2787
Email: jburhyte@gross-shuman.com
　　　　rfeldman@gross-shuman.com

*Counsel for Kreher's Farm Fresh Eggs, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re | Case No. 18-22279-rdd |
| | (Joint Administration Pending) |
| TOPS HOLDING II CORPORATION, et. al., | |
| | Chapter 11 |
| Debtors. | |

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to creditor, Kreher's Farm Fresh Eggs, LLC ("Kreher's"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

Janet G. Burhyte, Esq.
Robert J. Feldman, Esq.
Gross Shuman P.C.
465 Main Street, Suite 600
Buffalo, New York 14203
Tel:　(716) 854-4300
Fax:　(716) 854-2787
E-mail:　jburhyte@gross-shuman.com
　　　　　feldman@gross-shuman.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Kreher's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Kreher's is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:    Buffalo, New York
         February 22, 2018

                                        GROSS SHUMAN P.C.

                                        By:   /s/ Janet G. Burhyte
                                              Janet G. Burhyte, Esq.
                                        465 Main Street, Suite 600
                                        Buffalo, New York 14203
                                        Tel:    (716) 854-4300
                                        Fax:    (716) 854-2787
                                        jburhyte@gross-shuman.com
                                        rfeldman@gross-shuman.com

                                        *Counsel for Kreher's Farm Fresh Eggs, LLC*

Doc #616685.1