**COHEN, WEISS AND SIMON LLP**
900 Third Avenue
New York, New York 10022-4869
(212) 356-0219
Richard M. Seltzer, Esq.
Joseph J. Vitale, Esq.
Hiram M. Arnaud, Esq.

*Attorneys for UFCW and*
*UFCW District Union Local One*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TOPS HOLDING II CORPORATION, *et al.*,[1] | : Case No. 18-22279 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------ x

**VERIFIED STATEMENT OF COHEN, WEISS AND SIMON LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Cohen, Weiss and Simon LLP ("CWS") gives notice of representation of more than one creditor in the above-captioned bankruptcy case, and states as follows:

1. CWS represents the following creditors (hereinafter, the "Union Entities"):

    (a)   United Food and Commercial Workers International Union ("UFCW")
          1775 K Street, NW
          Washington, DC 20006

    (b)   UFCW District Union Local One ("Local One")
          5911 Airport Road
          Oriskany, NY 13424

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Tops Holding II Corporation (3709), Tops MBO Corporation (4249), Tops Holding LLC (2536), Tops Markets, LLC (2810), Tops Markets II Corporation (6401), Tops PT, LLC (2050), Tops Gift Card Company, LLC (6105), Erie Logistics LLC (9381), and TM1, LLC (2409).

00954834.1

2. The UFCW is the parent union of Local One and various other local unions which have collective bargaining agreements with certain of the Debtors. Local One has claims against certain of the Debtors in amounts not yet liquidated. Local One has contingent claims, not currently liquidated, for vacation pay, and other terms of employment owing to employees of Debtors employed under collective bargaining agreements.

3. CWS was engaged by the Union Entities in February 2018 at the instance of the Union Entities.

4. CWS has no claims or interests against any of the Debtors.

5. CWS reserves the right to amend this Verified Statement.

6. The undersigned verifies that the foregoing Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

Dated: May 8, 2018

            Respectfully submitted,

            /s/ *Richard M. Seltzer*
            Richard M. Seltzer
            Joseph J. Vitale
            Hiram M. Arnaud
            COHEN, WEISS AND SIMON LLP
            900 Third Avenue
            New York, New York 10022-4869
            Tel.: (212) 356-0219
            Fax: (646) 473-8219
            rseltzer@cwsny.com
            jvitale@cwsny.com
            harnaud@cwsny.com

            Attorneys for UFCW and Local One

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: May 8, 2018

/s/ *Richard M. Seltzer*
Richard M. Seltzer