**Objection Deadline:  January 17, 2019 @ 4:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TOPS HOLDING II CORPORATION, *et al.,*[1] | Case No. 18-22279 (RDD) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF ZOLFO COOPER, LLC, BANKRUPTCY CONSULTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD NOVEMBER 1, 2018 THROUGH NOVEMBER 19, 2018</u>**

| | | |
|---|---|---|
| **Name of Applicant:** | **ZOLFO COOPER, LLC** | |
| **Applicant's Role in Case:** | **Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors** | |
| **Date Order of Employment Signed:** | **May 10, 2018 [Docket No. 356],** *Nunc Pro Tunc* **to March 7, 2018** | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | **November 1, 2018** | **November 19, 2018** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | **$83,867.20  (80% of $104,834.00)** | |
| **Total expenses requested in this statement:** | **$2,067.25** | |
| **Total fees and expenses requested in this statement:** | **$85,934.45** | |
| **This is a(n):   _X_ Monthly Application ___ Interim Application ___ Final Application** | | |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Tops Holding II Corporation (3709), Tops MBO Corporation (4249), Tops Holding LLC (2536), Tops Markets, LLC (2810), Tops Markets II Corporation (6401), Tops PT, LLC (2050), Tops Gift Card Company, LLC (6105), Erie Logistics LLC (9381), and TM1, LLC (2409).

1.      Zolfo Cooper, LLC[2] ("ZC" or "Zolfo Cooper"), as financial advisor and bankruptcy consultant to the Official Committee of Unsecured Creditors (the "Committee") to the above-captioned Debtors and Debtors in Possession (collectively, the "Debtors"), hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") seeking compensation for professional services rendered and reimbursement of out-of-pocket expenses for the period November 1, 2018 through November 19, 2018 (the "Fee Period"), pursuant to the *Order Pursuant to Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 192) (the "Interim Compensation Order") and the *Order Authorizing the Official Committee of Unsecured Creditors of Tops Holdings II Corporation, et al. to Employ and Retain Zolfo Cooper, LLC as its Financial Advisor and Bankruptcy Consultant, Nunc Pro Tunc to March 7, 2018* [Docket No. 356].

2.      ZC respectfully requests that it be granted an allowance of compensation for professional services rendered during the Fee Period in the amount of $104,834.00, without prejudice to a final allowance of compensation, plus reimbursement of actual and necessary out-of-pocket expenses incurred in the amount of $2,067.25, and that the Court grant ZC such other and further relief as is just and proper.  At this time, ZC seeks payment of professional fees of $83,867.20 (80% of $104,834.00) and expenses of $2,067.25, for a total amount of $85,934.45.

3.      Further, the tables below display a summary of hours spent by each professional and expenses incurred on each project matter during the Fee Period.

---

[2]     On November 1, 2018, AlixPartners, LLP ("AlixPartners"), a global consulting firm headquartered in New York, acquired all of the membership interests of ZC Holdings, LLC and its subsidiaries, including Zolfo Cooper, LLC. (the "Transaction").   Zolfo Cooper will continue to provide services to the Committee on this matter as Zolfo Cooper, operating as a subsidiary of AlixPartners.

2

**ZOLFO COOPER, LLC**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
FOR THE PERIOD NOVEMBER 1, 2018 – NOVEMBER 19, 2018**

| PROFESSIONAL | TITLE[1] | RATE [2] | 11/1/2018 - 11/19/2018 HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $940 | 9.5 | 8,930.00 |
| Elizabeth Kardos | Director | $580 | 1.5 | 870.00 |
| Jon Dutton | Senior Vice President | $550 | 68.8 | 37,840.00 |
| Scott Weiner | Vice President | $470 | 81.6 | 38,352.00 |
| Roy Ellis Ochoa | Consultant | $340 | 63.1 | 21,454.00 |
| **Total Professional Fees** | | | **224.5** | **$ 107,446.00** |
| Laurie Verry | Vice President | $310 | 2.7 | 837.00 |
| Lisa Marie Bonito | Analyst | $260 | 7.4 | 1,924.00 |
| **Total Paraprofessional Fees** | | | **10.1** | **$ 2,761.00** |
| **Total Professional and Paraprofessional Fees** | | | **234.6** | **$ 110,207.00** |
| Less: 50% Top Holding II Travel and Expenses | | | | (5,373.00) |
| **Invoice Total** | | | | **$ 104,834.00** |
| **Current Holdback (20%)** | | | | (20,966.80) |
| **Invoice Total** | | | | **$ 83,867.20** |
| **Average Billing Rate** | | | | **$ 446.86** |

[1] Job titles for certain positions were changed at the time of the Transaction to be consistent with AlixPartners' standard titling structure. The positions which prior to the Transaction were titled as Analyst, Jr. Associate, Associate, Manager, Director and Senior Director are now Consultant, Vice President and Senior Vice President. These new titles became effective as of the Transaction closing date of November 1, 2018.

[2] Travel time rates are reduced by 50%

## ZOLFO COOPER, LLC

### SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### FOR THE PERIOD NOVEMBER 1, 2018 – NOVEMBER 19, 2018

| | | 11/1/2018 - 11/19/2018 | |
| CODE | MATTER CATEGORY | HOURS | FEES |
| --- | --- | --- | --- |
| 100 | Planning, Coordination and Case Management | 0.2 | $52.00 |
| 101 | Meetings and Communications with Committee Members and Professionals | 4.2 | $2,436.00 |
| 102 | Meetings and Communications with Management and Debtors' Professionals | - | $0.00 |
| 103 | Meetings and Communications with Lenders, Plan Sponsors and their Professionals | - | $0.00 |
| 104 | Analysis of Debtor in Possession Financing | - | $0.00 |
| 105 | Analysis of Liquidity, Cash Management and Cash Collateral | 1.2 | $528.00 |
| 106 | Sale of Business and Assets | - | $0.00 |
| 107 | Business and Strategic Plan Analysis and Assessment | - | $0.00 |
| 108 | Valuation Analysis | - | $0.00 |
| 109 | Employee Compensation and Advisor Retention Matters | - | $0.00 |
| 110 | Financial and Other Diligence | - | $0.00 |
| 111 | Litigation Support and Claims Analysis | 189.8 | $85,205.00 |
| 112 | Restructuring Support Agreement, Disclosure Statement and Plan of Reorganization | 8.4 | $7,191.00 |
| 113 | Retention, Conflict Searches and Relationship Disclosure | 1.9 | $994.00 |
| 114 | Fee Statements and Fee Applications | 10.0 | $3,055.00 |
| 129 | Non-Working Travel Time (1) | 18.9 | $5,373.00 |
| | | 234.6 | $104,834.00 |

Average Billing Rate    $    446.86

(1) Travel time rates are reduced by 50%

**ZOLFO COOPER, LLC**

**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2018 – NOVEMBER 19, 2018**

| EXPENSE CATEGORY | | EXPENSE |
|---|---|---|
| Travel and Lodging | $ | 1,998.01 |
| Meals | $ | 33.15 |
| Telephone | $ | 36.09 |
| **Total** | $ | 2,067.25 |

Detailed time descriptions of the services performed by each professional, organized by discrete project and by day is attached hereto as **Exhibit A**.   Exhibit A (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in tenths of an hour) spent by each individual providing the services during the Fee Period.

A detailed analysis of the out-of-pocket expenses showing the amount incurred by each professional in each expense category by day, including any voluntary reductions is attached hereto as **Exhibit B**.

**WHEREFORE**, ZC respectfully requests that it be granted an allowance of compensation for professional services rendered during the Fee Period in the sum of $104,834.00, without prejudice to a final allowance of compensation, plus reimbursement of actual and necessary out-of-pocket expenses incurred in the sum of $2,067.25, and that the Court grant ZC such other and further relief as is just and proper.   Pursuant to the Interim Compensation Order, ZC seeks payment of professional fees of $83,867.20 (80% of $104,834.00) and expenses of $2,067.25, for a total amount of $85,934.45.

Dated:  January 2, 2019

DAVID MACGREEVEY, as an Authorized
Representative of Zolfo Cooper, LLC


*/s/ David MacGreevey*
David MacGreevey
909 Third Avenue, 30th Floor
New York, New York 10022